UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAQUELIN MORALES MARTINEZ, et al.,

Petitioners,

-v-

KENNETH GENALO, et al.,

Respondents.

26 Civ. 9019 (JHR)

ORDER

JENNIFER H. REARDEN, United States District Judge:

On October 14, 2026, Petitioners Yaquelin Morales Martinez and Carlos Morales Martinez filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. *See* ECF No. 1. The parties shall appear for a case management conference on **October 16, 2026** at **2:15 p.m.** The conference will take place by telephone. The Court will provide dial-in information in a separate order prior to the conference.

Counsel should confer before the conference and file a joint letter, no later than **6 p.m. on October 15, 2026**, addressing next steps in connection with this Petition. In the letter, Respondents shall also include the following information:

(1) The statutory provision(s) pursuant to which Respondents assert the authority to detain Petitioners;

(2) Any information regarding the status of Petitioners' pending appeal to the Second Circuit;

(3) The applicability of the Second Circuit's "forbearance policy," *see In re Immigr. Petitions for Rev. Pending in U.S. Ct. of Appeals for Second Cir.*, 702 F.3d 160, 162 (2d Cir. 2012); Memorandum from the Clerk of Ct. to Chambers & Staff, Motions for Stay of INS Deportation Orders (Sept. 5, 1995), and, in light of that policy, the propriety of Respondents' alleged instruction, ECF No. 1 ¶ 21, that Petitioners "return [to 26 Federal Plaza] on November 2, 2026, with tickets . . . to leave the country no later than December 1, 2026"; and

(4) Any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings.

All counsel are required to register promptly as filing users on ECF. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at**

**https://nysd.uscourts.gov/hon-jennifer-h-rearden.** Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

If this case has settled or otherwise been terminated, counsel are not required to file the aforementioned letter or appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent; and (5) the date of the parties' next scheduled appearance before the Court. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

**No later than 10:00 p.m. today, October 14, 2026, Petitioners' counsel shall (1) serve Respondents with a copy of the Petition and accompanying papers, along with a copy of this Order, by e-mail to the United States Attorney's Office for the Southern District of New York at Jeffrey.Oestericher@usdoj.gov and (2) promptly file proof of such service on the docket.** Counsel for Respondents shall promptly enter notice(s) of appearance.

SO ORDERED.

Dated: October 14, 2026
New York, New York

Jennifer H. Rearden

JENNIFER H. REARDEN
United States District Judge